**No. 10-8533. Paulino Cruz-Ramos, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1545, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1239.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 75.

**No. 10-8534. Sherlon Evans, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1545, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1303.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8539. Ernest Lee Williams, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1545, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1196.

February 22, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 5 A.3d 21.

**No. 10-8543. Mohamed Hassan Soliman, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1545, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1132.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 392 Fed. Appx. 196.

**No. 10-8547. Natalie Opal Holmes, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1546, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1254.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 595 F.3d 1255.

**No. 10-8549. Thomas Theodore Garner, III, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1546, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1238.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 398 Fed. Appx. 380.

**No. 10-8550. Miguel Adrian Gonzalez-Villegas, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1546, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1160.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 70.

**No. 10-8551. John McCallister Hood, Petitioner v. United States.**

562 U.S. 1247, 131 S. Ct. 1546, 179 L. Ed. 2d 356, 2011 U.S. LEXIS 1305.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 615 F.3d 1293.